UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-3199 PA (PDx) | Date | September 11, 2024 |
|---|---|---|---|
| Title | Beatrice Adams v. Delta Airlines, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:** IN CHAMBERS - Order to Show Cause Re: Dismissal For Lack Of Prosecution

On July 19, 2024, the Court issued an Order to Show Cause ("OSC") why this action should not be dismissed for lack of prosecution due to the plaintiff's failure to serve the defendant in this matter within 90 days after the complaint was filed. Fed. R. Civ. P. 4(m). (Docket No. 11.) On July 31, 2024, plaintiff Beatrice Adams ("Plaintiff") filed a "Motion to set aside dismissal and request for Additional Time to Serve Defendants and for Assistance under the Americans with Disabilities Act." (Docket No. 12.) Although improperly filed as a "Motion," the Court considered Plaintiff's filing as a response to the Court's OSC, and gave her additional time to correct the defect in the summons and to properly serve the defendant. The Court continued the deadline for Plaintiff to file a proof of service establishing compliance with all of the requirements of Rule 4(h) to September 6, 2024, and warned her that failure to comply could result in dismissal of this action without prejudice. (Docket No. 13.)

On September 5, 2024, Plaintiff filed an "Affidavit of Service re Summons Issued" ("Affidavit"). (Docket No. 16.) Plaintiff's Affidavit includes a declaration that the "Summons in a Civil Action" was served on defendant, but does not also state that the Complaint had been served as required by Fed. R. Civ. P. 4(h).[1] Because Plaintiff is proceeding in this action pro se, the Court will afford her – for the second time – additional time to properly serve the Summons

---

[1] A plaintiff may serve a corporation in the United States using any method permitted by the law of the state in which the district court is located or in which service is affected. Fed. R. Civ. P. 4(e)(1), 4(h)(1)(A). California law allows for service of a summons and complaint on corporations and other business entities through multiple means, including by: (1) serving a designated agent for service of process or the corporation's officer or general manager, see id. § 416.10; (2) leaving the summons and complaint with a person apparently in charge of the business organization if there is no registered agent, see id. § 415.95; or (3) serving the California Secretary of State, see Cal. Corp. Code § 1702.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-3199 PA (PDx) | Date | September 11, 2024 |
|---|---|---|---|
| Title | Beatrice Adams v. Delta Airlines, Inc. | | |

and Complaint on defendant in compliance with Rule 4(h).  The Court also, and again, warns Plaintiff that she must familiarize herself and comply with the applicable rules, including but not limited to the proper filing and service of all matters before the Court.

Accordingly, the Court continues the deadline for Plaintiff to respond to the OSC to October 9, 2024.  If Plaintiff has not filed proof of service establishing service of the summons and complaint in compliance with all of the requirements of Rule 4(h) by that date, the Court will dismiss this action without prejudice.

While it is Plaintiff's responsibility to to properly serve the defendant in this matter, Plaintiff may wish to contact the Pro Se Clinic at the United States Courthouse if you have questions.  It is located in the Edward Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Suite 170, Los Angeles, California 90012.  Hours of operation are Mondays, Wednesdays, and Fridays from 9:30 a.m. to 12:00 p.m. and 2:00 p.m. to 4:00 p.m.  The Los Angeles Clinic operates by appointment only, is staffed by a lawyer, and offers on-site information and guidance to individuals who are representing themselves in civil actions in the United States District Court. The Clinic can be reached at 213-385-2977, Ext. 270. Clinic staff can respond to many questions with a telephonic appointment or through your email account. It may be more convenient to email your questions or schedule a telephonic appointment.

IT IS SO ORDERED.