JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BEATRICE ADAMS,

        Plaintiff,

   v.

DELTA AIRLINES, INC.,

        Defendant.

CV 24-3199 PA (PDx)

JUDGMENT

      Pursuant to the Court's October 21, 2024 Minute Order granting the Motion to Dismiss Complaint filed by Defendant Delta Airlines, Inc. ("Defendant");

      IT IS ORDERED, ADJUDGED, AND DECREED that

      1.    The action filed by Plaintiff Beatrice Adams ("Plaintiff") is dismissed with prejudice for failure to state a viable claim;

      2.    Plaintiff shall take nothing; and

      3.    Defendant shall recover its costs of suit.

DATED: October 21, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE